RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
702-388-6577 Phone
Katherine_Tanaka@fd.org

Attorney for Tender Morales

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TENDER MORALES<br><br>　　　　Defendant. | Case No 2:20-cr-0038-JCM-VCF<br><br>**STIPULATION TO VACATE STATUS HEARING AND CLOSE CASE** |

   IT IS HEREBY STIPULATED AND AGREED, by and between United States Attorney Nicholas A. Trutanich and Special Assistant United States Attorney Rachel L. Kent, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Defender Katherine Tanaka, counsel for Tender Morales, that the status hearing previously scheduled for December 9, 2020 at 10:30 a.m. be vacated and the case closed.

   This Stipulation is entered into for the following reasons:

   1.   Defendant was charged with: Count One – failing to obey a traffic control device; and Count Two – Driving off-road causing resource damage. ECF No. 1.

   2.   On September 1, 2020, Defendant entered into a petty offense diversion agreement with the Government. ECF No. 19. The diversion agreement required Defendant to complete the following conditions: (1) successfully complete eight-hours of community

service; and (2) not violate any local, state, or federal laws. *Id.* In exchange for successful completion of the conditions, the Government agreed to dismiss Count One – failing to obey a traffic control device, and Count Two – Driving off-road causing resource damage. *Id.*

3. Defendant has successfully completed the conditions. Defendant completed eight-hours of community service and has not violated any local, state, or federal laws.

4. The Government is satisfied Defendant has met the terms of the diversion agreement.

5. Because Defendant has successfully completed the terms of the diversion agreement, the parties request the Court vacate the status hearing, dismiss the charges, and close the case.

DATE: December 3, 2020

| RENE L. VALLADARES | NICHOLAS A. TRUTANICH |
| Federal Public Defender | United States Attorney |

*/s/ Katherine Tanaka*   */s/ Rachel L. Kent*

By_____   By_____
KATHERINE TANAKA   RACHEL L. KENT
Assistant Federal Public Defender   Special Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>TENDER MORALES<br><br>            Defendant. | Case No 2:20-cr-0038-JCM-VCF<br><br>**ORDER** |

**ORDER**

Based on the pending Stipulation of counsel, the Court finds Defendant has successfully completed the conditions of the diversion agreement.

IT IS THEREFORE ORDERED that the status conference is vacated, Count One – failing to obey a traffic control device, and Count Two – Driving off-road causing resource damage are dismissed, and the case is closed.

DATED December 4, 2020.

_____
UNITED STATES DISTRICT JUDGE

3

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on December 3, 2020 she served an electronic copy of the above and foregoing **STIPULATION TO VACATE STATUS CHECK HEARING AND CLOSE CASE** by emailing to:

>NICHOLAS A. TRUTANICH
>United States Attorney
>Rachel L. Kent
>Special Assistant United States Attorney
>501 Las Vegas Blvd. South
>Suite 1100
>Las Vegas, NV 89101

_/s/_
Assistant Federal Public Defender